**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| KOLSCHOWSKY, LEONARD G. | ) | |
| | ) | CASE NO. 06-13997 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON**
**APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

At:      **U.S. BANKRUPTCY COURT**
          **Kane County Courthouse**
          **100 S. 3rd Street, Room 140**
          **Geneva, IL  60134**

on:      **December 6, 2007**
at:       **10:00    A.M.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | |
|---|---|
| a. Receipts | $                26,026.38 |
| b. Disbursements | $                     500.00 |
| c. Net Cash Available for Distribution | $                25,526.38 |

4.      Applications for administration fees and expenses have been filed as follows:

| Applicant | | Compensation Previously Paid | Fees Now Requested | | Expenses |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $ | 3,352.64 | $ | |
| JOSEPH R. VOILAND Trustee | $ | $ | | $ | 504.33 |

| | | | | | |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND<br>Trustee's Firm Legal | $ | | $ | 1,760.00 | $ |
| JOSEPH R. VOILAND<br>Trustee's Firm Legal | $ | | $ | | $   4.64 |
| Remax Great American | $ | 500.00 | | | |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim<br>Number | Claimant | Allowed<br>Amount of Claim | Proposed<br>Payment |
|---|---|---|---|
| | | | |

6.  Claims of general unsecured creditors totaling $121,312.02, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $16.20%.

Allowed general unsecured claims are as follows:

| Claim<br>Number | Claimant | Allowed<br>Amount of Claim | | Proposed<br>Payment | |
|---|---|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | $ | 13,710.69 | $ | 2,221.38 |
| 2 | Fifth Third Bank | $ | 5,844.75 | $ | 946.96 |
| 4 | Chase Bank USA, N.A. | $ | 20,523.84 | $ | 3,325.24 |
| 7 | Household Finance Corporation | $ | 10,344.22 | $ | 1,675.95 |
| 8 | Gerald Kolschowsky | $ | 19,500.00 | $ | 3,159.36 |
| 9 | Margaret Kolschowsky | $ | 39,250.50 | $ | 6,359.30 |
| 10 | Thomas Kolschowsky | $ | 10,877.16 | $ | 1,762.30 |
| 11 | VW Credit | $ | 1,260.86 | $ | 204.28 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10.  The Trustee proposed to abandon the following property at the hearing:

Cash - $80.00; Checking Account (Chase) - $1,500.00; Household Goods - $1,000.00; 9mm Browning Pistol & Two Shotguns - $1,000.00; Wearing Apparel - $100.00; Insurance Policy (State Farm) - $0.00; 2001 Mitsubishi Montero - $10,000.00; 2003 Audi (Leased) - $0.00; Argo Lawn Tractor - $200.00.

The Trustee seeks abandonment of said assets because they are subject to Debtor's Valid claim of exemption and/or a duly perfected lien and are of inconsequential Value to the estate.

Dated:   **October 29, 2007**          For the Court,


By:   **Kenneth S. Gardner**
     Kenneth S. Gardner
     Clerk of the United States Bankruptcy Court
     219 S. Dearborn Street, 7th Floor
     Chicago, IL  60604

# CERTIFICATE  OF  SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1          User: sward              Page 1 of 1              Date Rcvd: Oct 29, 2007
Case: 06-13997               Form ID: pdf002          Total Served: 28

The following entities were served by first class mail on Oct 31, 2007.
db          +Leonard G. Kolschowsky,   1041 Kristin Ct.,   Batavia, IL 60510-3372
aty         +Joseph R Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
aty         +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
tr          +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
10986923    +Bank of America,   Bank Card Services,   PO Box 53136,   Pheonix, AZ 85072-3136
10986924     Chase,   POB 52195,   Phoenix, AZ 85072-2195
11213646     Chase Bank USA, N.A.,   PO BOX 15145,   Wilmington, DE 19850-5145
10986925    +Citi Cards,   POB 91600,   Albuquerque, NM 87199-1600
10986926    +CitiMortgage,   2446 N. Clark St.,   Chicago, IL 60614-2718
10986927    +Cynthia Kolschowsky,   9568 Barletta Winds Pt.,   Delray Beach, FL 33446-9706
10986930    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court:  Fifth Third Bank,   MD ROPS05-3110,   Cincinnati, OH 45263)
11203657     Fifth Third Bank,   1850 E Paris SE - Bankruptcy Department,   Grand Rapids MI 49546,
              MD# ROPS05
10986929    +Fifth Third Bank,   1600 E. Main St.,   Saint Charles, IL 60174-4726
10986931     Gerald Kolschowsky,   % Elisabeth Goettel,   1225 corporate Blvd., Ste. 103,
              Aurora, IL 60505-7614
10986932    +Guardian Anesthesia,   185 Penny Ave.,   Dundee, IL 60118-1454
10986934     HFC,   POB 17574,   Baltimore, MD 21297-1574
10986933    +Harmony Oaks Racing Stable,   21511 Anthony Rd.,   Marengo, IL 60152-9523
11263112     Household Finance Corporation,   by eCAST Settlement Corporation,   as its agent,   POB 35480,
              Newark NJ 07193-5480
10986935    +Margaret Kolschowsky,   220 S. Collier Blvd, Unit 302,   Marco Island, FL 34145-4859
10986936    +Melinda Kolschowsky,   1041 Kristin Ct.,   Batavia, IL 60510-3372
10986937     Rush-Copley Medical Center,   PO Box 352,   Aurora, IL 60507-0352
10986938    +Thomas Kolschowsky,   742 Downing St.,   Geneva, IL 60134-3487
10986939    +Wells Fargo Financial,   452 E. Eola ROA, Ste. D,   Aurora, IL 60502-9110
10986940     Wells Fargo Financial Bank,   3201 North 4th Ave.,   Sioux Falls, SD 57104-0700

The following entities were served by electronic transmission on Oct 30, 2007.
10986923    +E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 30 2007 03:02:26    Bank of America,
              Bank Card Services,   PO Box 53136,   Pheonix, AZ 85072-3136
10986928     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2007 03:05:21    Discover Card,   PO Box 6011,
              Dover, DE 19903-6011
11198567     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2007 03:05:21
              Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany, OH 43054-3025
11207306     E-mail/PDF: vci.bkcy@vwcredit.com Oct 30 2007 03:03:09    VW Credit,   1401 Franklin Boulevard,
              Libertyville, Illinois 60048
10986922     E-mail/PDF: vci.bkcy@vwcredit.com Oct 30 2007 03:03:09    Audi Financial Services,   POB 3,
              Hillsboro, OR 97123-0003
                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 31, 2007**                    **Signature:**    *Joseph Speetjens*